Chad L. Belville
304 East Beth Drive
Phoenix, AZ 85042
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff BluMedia Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03065-WYD-CBS

BLUMEDIA INC., a Colorado Corporation,
a/k/a Intense Cash
d/b/a BrokeStraightBoys.com and
d/b/a BrokeStraightGuys.com;

    Plaintiff,

v.

Sun Networks International Ltd and www.boyztube.com
Dba boyztube.com and dba BoyzTube and
JOHN DOES 1-100,
XYZ Companies 1-100

    Defendants.

---

MOTION TO DISMISS

---

COMES NOW, Plaintiff BluMedia Inc., by and through its counsel, Chad L. Belville, and MOVES TO DISMISS the Above-captioned Complaint with prejudice for the reason that the matter has been settled. Each party to pay its own costs.

DATED:  21 February 2012                    Respectfully submitted,

                                                      By:    /s/ Chad L. Belville
                                                            cbelville@azbar.org
                                                            Chad Belville, Attorney at Law
                                                            Admitted to Colorado District Court
                                                            304 East Beth Drive
                                                            Phoenix, AZ 85042

                                                            P.O. Box 17879
                                                            Phoenix, AZ 85011
                                                            Telephone:  602-904-5485
                                                            FAX:  602-297-6953
                                                            E-mail cbelville@azbar.org

                                                   ATTORNEY FOR PLAINTIFF