IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-03065-WYD-CBS

BLUMEDIA INC., a Colorado Corporation, a/k/a Intense Cash, d/b/a
BrokeStraightBoys.com and d/b/a BrokeStraightGuys.com,

      Plaintiff,

v.

Sun Networks International Ltd.;
www.boyztube.com d/b/a boyztube.com and d/b/a BoyzTube and
JOHN DOES 1-100,
XYZ Companies 1-100,

      Defendants.

---

Order

---

    THIS MATTER is before the Court on Plaintiff's Motion to Dismiss [ECF No. 7],

filed February 20, 2012.   In the Motion, Plaintiff informs the Court that this matter has

settled.   Therefore, it is

    ORDERED that Plaintiff's Motion to Dismiss [ECF No. 7], filed February 20, 2012 is

**GRANTED.**   In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**,

each party to bear its own attorney fees and costs.

    Dated:   February 29, 2012.

           BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE